UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BERNARD JACKSON

v.   Case Nos.: 3:09-cv-110-J-20MCR
     3:00-cr-194-J-20

UNITED STATES OF AMERICA
_____/

## ORDER

Before this Court is the United States' Motion to Dismiss Bernard Jackson's Motion to Reopen and Amend Motion Pursuant to 28 U.S.C. § 2255 (Doc. 19, 3:09-cv-110-J-20MCR, filed April 3, 2012), which renders moot the United States' motion to dismiss (Doc. 13, 3:09-cv-110-J-20MCR, filed June 28, 2011). Although given adequate time to do so, Petitioner has failed to file his response.

Accordingly, it is **ORDERED**:

1. Petitioner shall have **fourteen (14) days** from the date of this Order to respond to the United States' motion to dismiss (Doc. 19, 3:09-cv-110-J-20MCR, filed April 3, 2012). Failure to do so may result in the motion being granted without further notice; and

2. The United States' motion to dismiss (Doc. 13, 3:09-cv-110-J-20MCR, filed June 28, 2011) is deemed **MOOT**.

**DONE AND ENTERED** in Jacksonville, Florida, this 24 day of April, 2012.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:

Mitchell A. Stone, Esq.
Julie Hackenberry Savell, AUSA